# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:19-CR-059-MMD-VCF |
| vs. | **ORDER** |
| AURULIUS DONTA SANDERS, | |
| Defendant. | |

Before the Court is the Motion to Withdraw as Counsel (ECF NO. 100).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (ECF NO. 100) is scheduled for 1:00 PM, October 7, 2020, in Courtroom 3D.

DATED this 30th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE